JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE GUTIERREZ,<br><br>               Plaintiff,<br><br>     v.<br><br>UNKNOWN,<br><br>               Defendant. | Case No. 19-cv-10841-DOC-AFM<br><br>**JUDGMENT** |

     IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: January 15, 2020

_David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE